# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## CIVIL MINUTES - GENERAL

Case No.  SA CV 12-1097 DOC(JPRx)            Date: August 14, 2012
          LA CV 12-5812 DOC(JPRx)
          LA CV 12-5813 DOC(JPRx)

Title: DISH NETWORK LLC et al. v. NEW ERA ELECTRONICS CORP et al.
       DISH NETWORK LLC et al. v. ALLSTAR WHOLESALES INC. et al.
       DISH NETWORK LLC et al. v. RENE VALDEZ

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                              NONE PRESENT

PROCEEDING (IN CHAMBERS): COMBINING CASES AND DISCHARGING ORDER TO SHOW CAUSE WHY THESE CASES SHOULD NOT BE COMBINED

On July 24, 2012, the Court issued a Order to Show Cause why some or all of these three cases should not be combined. In that Order, the Court explained that a failure to file a response by certain deadlines would be deemed consent to consolidating these cases. Plaintiff filed a response consenting to consolidation. No Defendant filed any response.

Because no party filed a brief opposing consolidation by the deadlines imposed by the Order to Show Cause, this Court ORDERS that:

- The following three cases are consolidated into one: (1) *Dish Network LLC et al. v. New Era Electronics Corp et al.*, SA CV 12-1097 DOC(JPRx); (2) *Dish Network LLC et al. v. Allstar Wholesales Inc. et al.*, LA CV 12-5812 DOC(JPRx); and (3) *Dish Network LLC et al. v. Rene Valdez*, LA CV 12-5813 DOC(JPRx).

- The heading of the consolidated case shall be *Dish Network LLC et al. v. New Era Electronics Corp et al.*, SA CV 12-1097 DOC(JPRx)

- **On or before August 20, 2012**, Plaintiff shall file an Amended Complaint in the consolidated case that shall include all defendants that Plaintiff intends to keep in the consolidated case

- **On or before September 19, 2012**, all defendants in the consolidated case shall file an Answer to the Amended Complaint

- Any motions, pleadings, or answers filed prior to consolidation on August 20, 2012, shall be struck and must be refiled to be considered by this Court

The Clerk shall serve this minute order on all parties to the action.